UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 12-02224-JST (JPRx)            Date: January 22, 2013
Title: Christine Dickey, et al. v. Wells Fargo Bank, N.A., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REQUIRING DEFENDANT WELLS FARGO BANK, N.A. TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED**

       Defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo") removed this action from the Orange County Superior Court, case number 30-2012-00607365, on the basis of diversity jurisdiction. (Notice of Removal, Doc. 1.) In its Notice of Removal, Wells Fargo asserts that Plaintiffs are citizens of California and that Wells Fargo is a citizen of South Dakota. (*Id.* at 2-3.) Specifically, Wells Fargo asserts that under *Wachovia Bank v. Schmidt*, 546 U.S. 303 (2006), and its progeny, a national banking association is a citizen only of the state in which its main office is located. (*Id.* at 3.) For the reasons set forth in this Court's Remand Order in *David Tran v. Wells Fargo Bank, N.A. et al.*, No. 5:12-cv-0016-JST (OPx) (C.D. Cal. Jul. 6, 2012), Doc. 15, the Court disagrees with Wells Fargo's reading of *Schmidt*, and concludes that a national bank is also a citizen of the state in which its principal place of business is located. Therefore, Wells Fargo is a citizen of California, and it appears the requirement of complete diversity is not met. Accordingly, Defendant Wells Fargo is ordered to show cause no later than **February 01, 2013**, why this case should not be remanded for lack of subject-matter jurisdiction.

                                                               Initials of Preparer: enm